# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES CERVANTES,<br><br>    Plaintiff,<br><br>    v.<br><br>FINANCIAL CREDIT NETWORK, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00484---SAB<br><br>ORDER GRANTING JOINT REQUEST FOR TELEPHONIC APPEARANCE<br><br>(ECF No. 7) |

On July 1, 2014, the parties to this action filed a joint request to appear telephonically at the July 8, 2014 scheduling conference. Good cause appearing, the Court shall grant the request to appear telephonically at the hearing.

The parties are directed to the Court's website at www.caed.uscourts.gov under Judges; Boone (SAB); Standard Information (in the area entitled "Case Management Procedures") for specific information regarding Chambers' procedures. Pursuant to the standard chambers procedure, requests to appear telephonically are made by contacting Courtroom Deputy, Mamie Hernandez who will make a notation on the calendar, no written request is necessary.

///
///
///
///

1

To make a telephonic appearance at the July 8, 2014 conference, counsel are to call the toll-free teleconference number at (877) 336-1280.  Prior to the conference, counsel are directed to contact Courtroom Deputy Mamie. Hernandez for the teleconference code.

IT IS SO ORDERED.

Dated:   **July 2, 2014**

UNITED STATES MAGISTRATE JUDGE