# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES CERVANTES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FINANCIAL CREDIT NETWORK,<br><br>　　　　Defendant. | Case No. 1:14-cv-00484---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE: August 22, 2014 |

On July 7, 2014, the parties filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1.　　All pending matters and dates are VACATED; and

2.　　The parties shall file dispositional documents on or before August 22, 2014.

IT IS SO ORDERED.

Dated:　**July 8, 2014**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1