UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES CERVANTES,<br><br>    Plaintiff,<br><br>vs.<br><br>FINANCIAL CREDIT NETWORK and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO. 1:14-CV-00484-JAM-SAB<br><br>**ORDER OF DISMISSAL** |

    Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

    IT IS SO ORDERED.

Dated: 8/4/2014

                    /s/ John A. Mendez
                    UNITED STATES DISTRICT COURT JUDGE